Jay D. Kenigsberg (JK 1739)
Rivkin Radler LLP
926 RXR Plaza
Uniondale, New York  11556-0926
(516) 357-3000
Attorneys for Capitol Indemnity Corporation
and Capitol Specialty Insurance Corporation

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARK GELFMAN, YANIS GELFMAN,   Civil Action No. CV11-0236 (DLI)

            Plaintiffs,

   -against-   **RULE 7.1 DISCLOSURE STATEMENT**

CAPITOL INDEMNITY CORPORATION, CAPITOL
SPECIALTY INSURANCE CORPORATION,

            Defendants.
-----------------------------------------------------------------X

     Jay D. Kenigsberg, an attorney admitted to practice in this Court declares as follows:

     Defendant Capitol Specialty Insurance Corporation is a wholly owned subsidiary of Capitol Indemnity Company, which is wholly owned by Capitol Transamerica Corporation, a wholly owned subsidiary of Alleghany Insurance Holding LLC.

Dated: Uniondale, New York
       March 9, 2011

                                         By: _____
                                             Jay D. Kenigsberg (JK 1739)
                                             RIVKIN RADLER LLP
                                             Attorneys for Defendants
                                             926 RXR Plaza
                                             Uniondale, New York  11556-0926
                                             (516) 357-3000

2466768 v1